**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TIARA C. ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26 CV 863 CDP |
| | ) | |
| IQ DATA INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff's renewed motion to proceed in forma pauperis and her motion for extension of time to pay the filing fee. [ECF Nos. 12 and 13]. After review of Plaintiff's updated financial information, the Court will grant Plaintiff's motion to proceed in forma pauperis. [ECF No. 12]. Plaintiff's motion for an extension of time to pay the filing fee will be denied as moot. [ECF No. 13].

Once again, defendant has filed a document with no certificate of service [answer to amended complaint – ECF No. 14], which raises the Court's concern that the certificate of service on another document filed the same day [disclosure statement – ECF No. 15] may not be accurate. As set out in the Court's previous Order dated July 8, 2026, self-represented plaintiff Tiara C. Abbott does not receive filings through the Court's electronic filing system, so defendant must serve Abbott "by other means" and file a certificate of service so stating. Fed. R.

Civ. P. 5(d)(1)(B). I will therefore direct defendant to serve its answer upon Abbott by mailing it to her last known address, in accordance with Federal Rule of Civil Procedure 5(b)(2)(C); and to file an appropriate certificate verifying such service, in accordance with Rule 5(d)(1)(B).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's renewed motion to proceed in forma pauperis [ECF No. 12] is **GRANTED** and the filing fee is waived.

**IT IS FURTHER ORDERED** that Plaintiff's motion for an extension of time to pay the filing fee [ECF No. 13] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that **forthwith** defendant shall mail its answer – docketed at ECF 14 – to plaintiff Tiara C. Abbott at her address of record and shall file a certificate of service with the Court verifying its compliance with Federal Rule of Civil Procedure 5(b) and (d). The certificate of service shall also verify that the disclosure statement filed that same day – docketed at ECF 15 – was also mailed to that address.

**IT IS FURTHER ORDERED** that future failure to comply with the service requirements of Federal Rule of Civil Procedure 5 may result in sanctions.

Dated this 13th day of August, 2026.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDG